UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| SAVE OUR COUNTY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEFENSE LOGISTICS AGENCY, et al., <br><br> Defendants. | Case No. 20-cv-01267-SBA <br><br> **CASE MANAGEMENT SCHEDULING ORDER FOR REASSIGNED CIVIL CASE** |

This action having been reassigned to the Honorable Saundra Brown Armstrong,

IT IS ORDERED that this action is assigned to the Case Management Program and shall be governed by Civil L.R. 16-2.  The dates listed in the Order Setting Initial Case Management Conference remain in effect except that the initial Case Management Conference is rescheduled for June 4, 2020 at 2:30 P.M., **via telephone**. A joint case management conference statement is due 7 days prior.

Plaintiff's counsel is to set up the conference call with all the parties on the line and call chambers at (510) 879-3550.  (No party shall contact chambers directly without prior authorization of the court.)

Plaintiff is directed to serve a copy of this Order at once on all parties to this action not enrolled in the e-filing program in accordance with the provisions of Rule 5 of the Federal Rules of Civil Procedure.  Following service, the party causing the service shall file a certificate of service with the Clerk of Court.

Dated: March 9, 2020

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States Senior District Judge