PRERAK SHAH
Deputy Assistant Attorney General
PAUL G. FREEBORNE
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 305-0428
Fax: (202) 305-0506
paul.freeborne@usdoj.gov
*Attorneys for Federal Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN CALIFORNIA

| | |
|---|---|
| SAVE OUR COUNTY, COMMUNITY INPOWER AND DEVELOPMENT ASSOCIATION INC., UNITED CONGREGATIONS OF METRO EAST, and SIERRA CLUB,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEFENSE LOGISTICS AGENCY, DARRELL K. WILLIAMS, in his official capacity as Director of the Defense Logistics Agency, UNITED STATES DEPARTMENT OF DEFENSE, MARK T. ESPER, in his official capacity as Secretary of the Department of Defense, HERITAGE ENVIRONMENTAL SERVICES, LLC, and TRADEBE TREATMENT AND RECYCLING, LLC,<br><br>  Defendants. | No. 3:20-cv-01267<br>**NOTICE OF APPEARANCE** |

The United States hereby enters the appearance of Paul G. Freeborne as counsel on

behalf of the federal defendants United States Defense Logistics Agency, Darrell K. Williams,

*NOTICE OF APPEARANCE ON BEHALF OF FEDERAL DEFENDANTS*
*Case No. 3:20-cv-01267 -- 1*

United States Department of Defense, and Mark T. Esper. Mr. Freeborne's contact information for service and delivery is:

>   Paul G. Freeborne
>   United States Department of Justice
>   Environment & Natural Resources Division
>   150 M Street NE
>   Washington, D.C. 20002

Mr. Freeborne's telephone number is (202) 305-0428, his facsimile number is (202) 305-0506, and his email address is paul.freeborne@usdoj.gov. During the maximum telework situation stemming from Covid-19, Mr. Freeborne's temporary direct telephone number is (434) 325-2062.

Respectfully submitted this 29th day of April, 2020,

>   PRERAK SHAH
>
>   Deputy Assistant Attorney General
>   Environment and Natural Resources Division
>
>   */s/ Paul G. Freeborne*
>   PAUL G. FREEBORNE
>   Trial Attorney
>   Natural Resources Section
>   150 M Street, NE
>   Washington, D.C. 20002
>   Tel: (202) 305-0428
>   Fax: (202) 305-0506
>   paul.freeborne@usdoj.gov
>
>   *Attorneys for Federal Defendants*

*NOTICE OF APPEARANCE ON BEHALF OF FEDERAL DEFENDANTS*
*Case No. 3:20-cv-01267 -- 2*

## CERTIFICATE OF SERVICE

I, Paul G. Freeborne, hereby certify that, on April 29, 2020, I caused the foregoing to be served upon counsel of record through the Court's electronic service system.

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Paul G. Freeborne*
PAUL G. FREEBORNE